PATRICK CONNOLY, Respondent, *v.* THOMAS PENDERGAST, Appellant.

*Practice—Exceptions.*—Exceptions to the action of the court must be taken at the trial.

*Appeal from Law Commissioner's Court.*

*N. McDonald*, for respondent.

*E. T. Farish*, for appellant.

DRYDEN, Judge, delivered the opinion of the court.

In this case there was a verdict for the plaintiff, and, after an unsuccessful motion to set it aside, the defendant appealed to this court.

The record fails to show that any exception was taken in the cause, and for this reason the judgment of the law commissioner must stand.

Let the judgment be affirmed. Judge Bay concurs; Judge Bates not sitting.